UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM CHARLES OSMAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 2:23-CV-63-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross briefs and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 1 2024, and for the reasons set forth more specifically therein, that plaintiff's motion is denied and defendant's motion is granted. This matter is dismissed.

**This Judgment Filed and Entered on November 1, 2024, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty / Wanda Mason (via CM/ECF Notice of Electronic Filing)


November 1, 2024                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk